# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| BAE System Land & Armaments, Inc. | )    ASBCA No. 59374 |
| | ) |
| Under Contract No. W56HZV-07-C-0660 | ) |

APPEARANCES FOR THE APPELLANT:  Barbara A. Duncombe, Esq.
Suzanne Sumner, Esq.
  Taft Stettinius & Hollister LLP
  Dayton, OH

John G. Horan, Esq.
  Dentons US LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Bruce L. Mayeaux, JA
Robert B. Neill, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 March 2017

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59374, Appeal of BAE Systems Land Armaments, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals